# UNITED STATES DISTRICT COURT
for the

_____ District of _____

**SEALED**

| | |
|---|---|
| United States of America<br>v.<br>Nichole Summer Dreams<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  **3:21-mj-00164**<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  **August 27, 2021**  in the county of  **Multnomah**  in the  _____  District of  **Oregon**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(A)(i) | Possession with Intent to Distribute a Controlled Substance |

This criminal complaint is based on these facts:

See affidavit of DEA Special Agent Nicholas Kocher which is attached and incorporated herein by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Nicholas Kocher, Special Agent, DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  **1:15**  a.☒m./p.m.

Date:  **August 28, 2021**

*Judge's signature*

City and state:  _____

*Printed name and title*