SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
PETER D. SAX, NYSB #4506721
Assistant United States Attorney
Peter.Sax@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**SEALED**

| | |
|---|---|
| In the Matter of a | Case No.    3:21-mj-00164 |
| **Criminal Complaint** | **MOTION TO SEAL CRIMINAL COMPLAINT & RELATED MATERIALS** |
| | <u>**UNDER SEAL**</u> |

The United States of America moves the Court for an order sealing the criminal complaint, the supporting affidavit, and this motion, and the resulting order because, disclosure of these documents at this time may result in the endangerment of the life or physical safety of an individual, flight from prosecution, the destruction of or tampering with evidence, intimidation of potential witnesses, and/or otherwise seriously jeopardize an investigation.

WHEREFORE, the government requests that this motion, the order, and criminal complaint and related materials referenced herein, be filed under seal, except for a copy to the Affiant and investigating agency for their investigative needs.

The government further requests that the government be authorized to provide copies of the criminal complaint, the supporting affidavit and any further pleadings to attorneys for any defendants in this case as part of its discovery obligations.

Dated: August 28, 2021.                                  Respectfully submitted,

SCOTT ERIK ASPHAUG
Acting United States Attorney

*/s/ Peter D. Sax*
PETER D. SAX
Assistant United States Attorney