ORIGINAL

AO 442 (Rev. 11/11) Arrest Warrant          FILED 07 SEP '21 18:08 USDC-ORP

# UNITED STATES DISTRICT COURT
for the
District of Oregon

**SEALED**

United States of America
v.
Nichole Summer Dreams

)
)  Case No.   3:21-mj-00164
)
)
)
)

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Nichole Summer Dreams,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1), (b)(1)(A) - Possession with Intent to Distribute a Controlled Substance

Date: August 28, 2021

*Issuing officer's signature*

City and state:   Portland, Oregon

Hon. Jolie A. Russo, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____          DATE 8/27/21 on a PC
                         ARRESTED BY DEA

*Arresting officer's signature*

U.S. MARSHAL
*Printed name and title*

BY