Jamie S. Kilberg, OSB No. 110465
jamie@kauffmankilberg.com
KAUFFMAN KILBERG LLC
1050 SW Sixth Avenue, Suite 1414
Portland, OR  97204
Telephone:  (503) 224-2595
Facsimile:  (503) 224-3203

Attorneys for Defendant Nichole Summer Dreams

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>         v.<br><br>NICHOLE SUMMER DREAMS,<br><br>                  Defendant. | Case No.: 3:21-mj-00164<br><br>DECLARATION OF JAMIE S. KILBERG<br>(re: Unopposed Motion To Continue Arraignment) |

I, Jamie S. Kilberg, declare that the following statements are true to the best of my knowledge, information and belief:

1. I am counsel for defendant Nichole Summer Dreams.  She is charged via criminal complaint with violating 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(i) (possession with intent to distribute a controlled substance).

Page 1   -   DECLARATION OF JAMIE S. KILBERG (re: Unopposed Motion To Continue Arraignment)

      2.      I make this declaration in support or our motion to continue the arraignment, currently scheduled for April 24, 2023, for approximately 60 days, until on or after June 26, 2023.

      3.      I have communicated with Assistant United States Attorney Peter Sax regarding this motion.  He represented that the United States agrees that additional time before arraignment is needed.  The parties further agree that the ends of justice in granting this motion outweigh the interest of the public and the defendant in a speedy arraignment or trial.

      4.      Ms. Dreams is currently out of custody under the supervision of U.S. Pretrial Services.

      5.      I have discussed with Ms. Dreams her right to be indicted within 30 days of her arrest under 18 U.S.C. § 3161(b).  Ms. Dreams understands her rights and advised me on April 7, 2023, that she continues to waive her right to be arraigned within 30 days of her arrest up to and including a new arraignment date set by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed this 12th day of April 2023.

      *s/ Jamie S. Kilberg*
      JAMIE S. KILBERG, OSB No. 110465

Page 2   -   DECLARATION OF JAMIE S. KILBERG (re: Unopposed Motion To Continue Arraignment)